FORM L127                                                23–90601 – E – 7
Notice of Requirement to File a Certification of Completion of Course in Personal Financial Management (Official Form 23) (v.2.21)

## UNITED STATES BANKRUPTCY COURT
### Eastern District of California

1200 I Street, Suite 200
Modesto, CA 95354
(209) 521–5160
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov

**Mailing Address:**
Robert T. Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814



## NOTICE OF REQUIREMENT TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE (Official Form 423)

**Case Number:** 23–90601 – E – 7

Debtor Name(s) and Address(es):

Nenos Barkho
4301 Songbird Ct
Modesto, CA 95355

11 U.S.C. §727 requires that in order to be eligible for discharge, each individual debtor in a chapter 7 case must complete an instructional course in personal financial management taken after the petition is filed. This course is in addition to the credit counseling that is required prior to the case being filed with the bankruptcy court. A list of approved training agencies is available online at http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm.

**NOTICE IS HEREBY GIVEN THAT** you must submit your Financial Management Course Certificate or Official Form 423 (Certification About a Financial Management Course) with the Clerk by mail to the **Sacramento Division Office located at Robert T. Matsui United States Courthouse, 501 I Street, Suite 3–200, Sacramento, CA 95814**, or in person at the divisional office indicated above. You must file this document with the court no later than 60 days after the first date set for the meeting of creditors under Bankruptcy Code §341(a) in a chapter 7 case. If you do not file this document with the court within 60 days after the first date set for the meeting of creditors, the court will close your case without discharge when it is otherwise ready to close.

Once your case has been closed, you will not be able to receive a discharge without filing a motion to reopen the case and paying a reopening fee, which is currently $260.00 for a chapter 7 case.

**Official Form 423 is printed on the reverse of this notice for your convenience.** It is also available under "Official Forms" on the Forms and Publications page of the court's web site (www.caeb.uscourts.gov).

Dated: 12/20/23                                      Wayne Blackwelder
                                                                        Clerk of Court

| Fill in this information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Nenos Barkho** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court | Eastern District of California | | |
| Case number: | 23–90601 | | |

Official Form 423                                                                                                                     12/15

## Certification About a Financial Management Course

If you are an individual, you must take an approved course about personal financial management if:

- you filed for bankruptcy under chapter 7 or 13, or
- you filed for bankruptcy under chapter 11 and § 1141 (d)(3) applies.

In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. If the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.

### Part 1:   Tell the Court About the Required Course

*You must check one:*

☐ **I completed an approved course in personal financial management:**

   Date I took the course                _____
                                         MM  /  DD  /  YYYY

   Name of approved provider             _____

   Certificate number                    _____

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one)*:

   ☐ Incapacity.    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   ☐ Disability.    My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

   ☐ Active duty.   I am currently on active military duty in a military combat zone.

   ☐ Residence.     I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2:   Sign Here

I certify that the information I have provided is true and correct.

_____     _____     Date _____
Signature of debtor named on certificate      Printed name of debtor                          MM  /  DD  /  YYYY

Official Form 423                                        Certification About a Financial Management Course